AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

2013 JAN 16 P 4: 07

United States of America
v.
Alexis Hidalgo, et al
*Defendant*

Case No. 13cr10017 JLT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Leakana Om ,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

Date: 1/16/2013

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    WARRANT EXECUTED BY FBI / ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/17/2013    *Arresting officer's signature* _____    *Printed name and title* _____ |