# UNITED STATES DISTRICT COURT

District of      MASSACHUSETTS

United States of America

V.

**LEAKANA OM**

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:      13-cr-10017-JLT

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. Including, but not limited to, 18 U.S.C. ss. 1503, 1512, 1513.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number and the new address proposed address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)      US District Court
                                            Place

Courtroom 23, 7th Floor.      on     
                                          Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence

( ✔ ) The defendant executes an unsecured bond binding the defendant to pay the United States the sum TEN THOUSAND      dollars    10,000.00    )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) The defendant is placed in the custody of:
Name of person(s)     
Address     
City and state      Tel. No.     

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed:     
                 Custodian or Proxy                  Date

                 Custodian or Proxy                  Date

Page 1 of 3.

## ADDITIONAL CONDITIONS OF RELEASE

(✔) (4) The defendant shall:

- (a) Maintain residence in at address noted in the Pre-Trial Services Report and do not move from that address without providing to the Court, in writing, in advance, the proposed new address and receiving prior written permission from the Court to change address.

- (b) Participate in mental health treatment as deemed necessary by Pre-Trial Services.

- (c) Report to Pretrial Services as directed.

- (d) Do not use or possess any weapons, firearms or destructive devices and you shall have none in your residence.

- (e) Defendant shall notify Pre-Trial services within twenty-four hours if arrested or if have any contact with law enforcement officials in their official capacity.

- (f) Do not use or possess any narcotic controlled substance - except by prescription by a licensed medical practitioner. This includes marijuana.

- (g) Travel is restricted to Massachusetts.

- (h) Def't will be on electronic monitoring. Def't must be in her home from 7 PM to 7 AM. For 1/29/13 the def't must go to her residence and Pre-Trial will install EM in the morning on 1/30/13.

- (i) Submit to random drug testing as required by Pretrial Services. You must have a drug test before leaving today 1/29/13.

- (j) Maintain / actively seek employment and provide stubs as verification.

- (k) No contact, directly or indirectly, except via attorney with co-defendants in this case.

- (l)
- (m)
- (n)
- (o)
- (p)
- (q)

Page 2 of 3.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

**I acknowledge that a warrant for my arrest has been signed by an authorized judicial officer and is being held in abeyance. The warrant may be activated without notice to me if I abscond in violation of the conditions of my release on electronic monitoring**

_____
Signature of Defendant

## Directions to United States Marshal

(✔) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: 1.29.13

_____
Signature of Judicial Officer

NOREEN RUSSO DEPUTY CLERK
Name and Title of Judicial Officer

Page 3 of 3 Pages.