# PAUL J. GARRITY
Attorney At Law

| | |
|---|---|
| 14 Londonderry Road | 755 East Broadway |
| Londonderry, NH 03053 | South Boston, MA   02127 |
| (603)434-4l06 | (617)268-2999 |
| (603)434-9356 | |
| FAX: (603)437-6472 | |

December 4, 2013

Emily Cummings, AUSA
U.S. Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA  02210

RE:		U.S. v. Leakana Om
		Docket No. 2013-CR-10017-JLT

Dear Ms. Cummings:

By this letter, the defendant requests the following additional discovery:

1. A written statement of the procedures and techniques used to identify Leakana Om as the individual participating in the telephone calls ascribed to her.
2. The name and affiliation of the person or persons who identified Leakana Om as the individual participating in the telephone calls ascribed to her.
3. All reports concerning the identification of Leakana Om as the individual participating in the telephone calls ascribed to her.
4. A written statement of the procedures and techniques used to identify Leakana Om as a participant in any drug transaction and/or drug related transaction ascribed to her.
5. The name and affiliation of the person or persons who identified Leakana Om as a participant in any drug transaction and/or drug related transactions ascribed to her.
6. All reports concerning the identification of Leakana Om as a participant in any drug transaction or drug related transactions ascribed to her.

Further, by this letter, Ms. Om hereby joins in the discovery requests of her co-defendants to the extent applicable to Ms. Om.

Thank you for your attention to this matter.

Sincerely,

/s/Paul J. Garrity

Paul J. Garrity