UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                    DOCKET NO. 2013-CR-10017-JLT

LEAKANA OM


ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the defendant, Leakana Om, by and through counsel, and moves this Court to modify the conditions of release.


In support thereof, the defendant states of follows:


1.   The defendant, Leakana Om currently has bail conditions that do not allow her to travel outside of the state of Massachusetts;

2.   The defendant, Leakana Om, is asking to be allowed to travel to the Cranston and Providence, Rhode Island areas as she has aunts, uncles, nephews and nieces that live in that area and she would like to visit with them.

3.   Additionally, Leakana Om and her family has been attending the Buddhist Center of New England, a Buddhist temple in Providence, RI, for a long time, and she would like to attend and visit the temple with her child;

4.   The defendant also has relatives in the Pelham, NH area; cousins, nephews and her godmother.  She would like to be allowed to travel to Pelham, NH to visit with them.

5.   That Emily Cummings of the U.S. Attorney's Office has no objection to the Motion to Modify Conditions of Release.


Wherefore, the defendant, respectfully requests that the Court grant the enclosed Assented to Motion to Modify Conditions of Release.


Respectfully submitted
Leakana Om
By her Attorney,

DATE:   December 6, 2013

/S/Paul J. Garrity
Paul J. Garrity
Bar No. 555976
14 Londonderry Road
Londonderry, NH  03053
603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, do hereby certify that on this 6th day of December, 2013, a copy of the within Motion to Modify Conditions of Release has been efiled to all parties on record and mailed to Leakana Om.

/S/Paul J. Garrity