Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.13-10017-RWZ |
| ) | |
| 21.  LEAKANA OM, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

I, **LEAKANA OM**, the above-named defendant, who is accused of the use of a communication facility in furtherance of a controlled substance offense, to wit: the distribution of marijuana, on November 5, 2012, in violation of 21 U.S.C. §843(b), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on February 19, 2015, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Leakana Om,
Defendant

_____
Paul Garrity,
Counsel for the Defendant

Before: _____
Hon. Rya W. Zobel

2/19/15